IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAMELA L. THOMAS,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3146-TWT

**ORDER**

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 11]. As set forth in the thorough and well-reasoned Report and Recommendation, there is a split of authority regarding the application of the two year statute of limitations when a consumer renews a dispute about a matter on her credit report. It appears to me that Magistrate Judge Anand adopted the better view. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 11] is DENIED.

SO ORDERED, this 3 day of August, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge